---

**Fill in this information to identify the case:**

Debtor 1: RANDY SELLERS, SR

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas

Case number: 16-34365

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 3 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 02/22/2018 $95 | (6) | $ 95.00 |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1 __RANDY SELLERS, SR__    Case number *(if known)* __16-34365__
         First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Ankita Gupta          Date 05/07/2018
  Signature

Print:  Ankita Gupta                Title  Claims Processor
        First Name  Middle Name  Last Name

Company: AIS Portfolio Services, LP

Address: P.O. Box 201347
         Number    Street
         Arlington          TX    76006
         City               State  ZIP Code

Contact phone  888-455-6662          Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Southern DISTRICT OF Texas
HOUSTON Division

IN RE:                                                 Judge: Jeff Bohm
                                                              Case No. 16-34365

Case Name: Randy Sellers, Sr

         Debtor(s).

**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

PLEASE BE ADVISED that on 05/07/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by Randy Sellers, Sr. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by Randy Sellers, Sr.

Randy Sellers, Sr
PO BOX 70
CHANNELVIEW,TX 77530

Date: 05/07/2018

                                                                By: /s/ Ankita Gupta
                                                                Ankita Gupta, Claims Processor
                                                                P.O. Box 165028
                                                                Irving, TX 75016
                                                                 (817) 277-2011 Office
                                                                 (888) 455-6662 Toll Free
                                                                 (817) 461-8070 Fax
                                                                 Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**
KENNETH A KEELING
KEELING LAW FIRM
3310 KATY FREEWAY
SUITE 200
HOUSTON,TX 77007

**TRUSTEE:**
DAVID G PEAKE
Trustee of the U.S. Bankruptcy Court
9660 HILLCROFT
SUITE 430
HOUSTON,TX 77096